

**DODD
DELCOLLO**

Kalliopi P. Kousis
29 Broadway, Suite 2311
New York, NY 10006
Phone: (862) 314-0965
kkousis@DoddDelCollo.com
**DoddDelCollo.com**

March 18, 2025

**Via E-File**
Hon. Judge Paul A. Engelmayer
USDC, Southern District of New York

      Re: *Giovannie Lennex Martinez v. DH Investors LLC, et al.*
         Case No.: 1:25-cv-01059-PAE
         Date of Loss: 11/17/23
         DD File No.: 1450-7339

Dear Hon. Engelmayer:

  Please accept this correspondence on behalf of Defendants DH Investors LLC and Amaro A. Folia in the above captioned matter.

  Defendants request a brief adjournment of the initial scheduling conference of March 19, 2025, at 2:00 p.m. Defendants' counsel is not able to appear for the conference and respectfully requests a new date and time at the end of March or early April. Defendant's counsel is taking time off this week and has indicated same to Plaintiff counsel. Plaintiff has not provided their consent.

  Should the Court require additional information, please do not hesitate to contact the undersigned.

                Respectfully Submitted,

                Kalliopi P. Kousis

cc:
Michael Simon, Esq. (Via Email MSimon@kglawteam.com )

GRANTED. The telephonic pretrial conference is hereby re-scheduled to Wednesday, March 26, 2025 at 3:00 p.m. Given that the Court has received this request on the day before the originally scheduled conference, the Court strongly encourages counsel to review its Individual Rules of Practice in Civil Cases and be prepared to have a fulsome discussion concerning discovery at the re-scheduled conference.

SO ORDERED.

        *Paul A. Engelmayer*
March 18, 2025     PAUL A. ENGELMAYER
New York, New York   United States District Judge