UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIOVANNIE LENNEX MARTINEZ,

                        Plaintiff,

      -v-

DH INVESTORS LLC & AMARO ACEVEDO FOLIA,

                     Defendants.

25 Civ. 1059 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This order memorializes that, at today's conference, the Court ordered defendants' counsel to file a supplemental letter setting forth the legal and factual bases for removal by 12:00 p.m. on Friday, March 28, 2025.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: March 26, 2025
       New York, New York